UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL W. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00336-JPH-MKK |
| ) | |
| INDIANA DEPARTMENT OF ) | |
| CORRECTION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court dismissed Michael Morgan's complaint and granted him through August 26, 2024, to file an amended complaint or show cause why the Court should not dismiss the action and enter final judgment. Dkt. 14. Mr. Morgan filed an amended complaint on August 26, dkt. 22, but he believes it is insufficient and requests through December 5, 2024, to file a second amended complaint. Dkt. 27.

Mr. Morgan's motion for extension of time, dkt. [27], is **GRANTED** to the limited extent that he may have **through October 11, 2024**, to file a second amended complaint or show cause why the action should not be dismissed as previously ordered. Further, consistent with Mr. Morgan's motion, the **clerk is directed** to **strike** the amended complaint, dkt. [22].[1]

---

[1] Mr. Morgan's amended complaint is 44 pages long and includes extensive citations to case law. Dkt. 22. This is unnecessary. *See, e.g., Chapman v. Yellow Cab Coop.*, 875 F.3d 846, 848 (7th Cir. 2017) ("[C]omplaints need not identify the applicable law."). He need only present a "short and plain" statement of his claims. Fed. R. Civ. P. 8(a). He must simply identify each defendant he wishes to sue, state what rights he believes

If Mr. Morgan does not respond in the time provided, the Court will dismiss the action and enter final judgment without further warning or opportunity to show cause. If he files an amended complaint, the Court will screen it pursuant to 28 U.S.C. § 1915A.

Mr. Morgan's emergency motion for preliminary injunctive relief, dkt. [20], is **DENIED as premature**. "A civil action is commenced by filing a complaint with the court," Fed. R. Civ. P. 3, and there is not a viable complaint in this action. As the Court noted in denying Mr. Morgan's previous motion for preliminary injunctive relief, such relief is only available if the plaintiff can show a strong likelihood of prevailing on the merits of his claims, and Mr. Morgan has not yet pled any plausible claims for relief.

Finally, Mr. Morgan's motion to take judicial notice, dkt. [24], is **DENIED** as **moot**. There are no pending motions or any other matters that can be resolved by taking judicial notice of any fact.

**SO ORDERED.**

Date: 9/13/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

---

each defendant violated, allege facts that, if true, would demonstrate the defendant's responsibility for the violation, and state what relief he wishes the Court to award if he prevails.