UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MICHAEL W. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00336-JPH-MKK |
| | ) | |
| INDIANA DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Michael Morgan's motion for clarification, dkt. [29], is **GRANTED** insofar as the Court provides the following information.

Mr. Morgan's proposed amended complaint—which the Court subsequently struck, *see* dkt. 28—is not under seal because it was not accompanied by a motion to maintain the document under seal as required by Local Rule 5-11(d)(4):

> (4) Unless the sealed filing is authorized by statute, rule, or prior court order (other than a protective order) under subsection (3), a party filing a document under seal must contemporaneously:
>
> (A) file a Motion to Maintain Document(s) Under Seal, and
>
> (i) if the filing party designated the subject information confidential, a Brief in Support that complies with the requirements of subsection (e), and a redacted (confidential portions blacked out) public version of the document that is being filed under seal; and/or
>
> (ii) if the filing party did not designate the subject information confidential, an identification of the designating party(ies); and

1

    (B) serve an unredacted and complete version of the document upon all counsel and pro se parties.

If Mr. Morgan believes the document should be maintained under seal, he may file an appropriate motion. He should note that a brief in support of a motion to seal "must not exceed 10 pages in length, without prior leave of court." S.D. Ind. L.R. 5-11(e).

  The attachments to Mr. Morgan's motion have been docketed. Papers Mr. Morgan submits to the Court for filing will not be returned to him. It is his responsibility to maintain copies of documents he submits to the Court for filing.

  Mr. Morgan continues to have **through October 11, 2024**, to file an amended complaint or otherwise show cause why this action should not be dismissed as previously directed. Dkt. 28. Failure to do so in the time provided will result in dismissal of the action without further warning or opportunity to show cause.

**SO ORDERED.**

Date: 9/18/2024

          *James Patrick Hanlon*
          James Patrick Hanlon
          United States District Judge
          Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only