UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL W. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00336-JPH-MKK |
| ) | |
| INDIANA DEPARTMENT OF ) | |
| CORRECTION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The **clerk is directed to strike** Michael Morgan's motion for extension of time, dkt. [34].  Mr. Morgan filed the motion under seal but did not (a) identify a legal basis for filing the motion under seal, or (b) accompany his motion with a motion to maintain the motion under seal.  See S.D. Ind. L.R. 5-11(d).[1]

The Court *sua sponte* **extends** Mr. Morgan's deadline to file an amended complaint **through October 25, 2024**. **He should not anticipate further extensions.**  If Mr. Morgan fails to file an amended complaint by the deadline, the Court will dismiss the action and enter final judgment.  If Mr. Morgan files his amended complaint under seal but without a motion to maintain the complaint under seal, the Court will strike the amended complaint, dismiss the action, and enter final judgment.

---

[1] Mr. Morgan cites 42 U.S.C. § 1320d *et seq.* but does not explain how those provisions authorize him to bring his motion for time under seal, and no authorization is apparent to the Court.

1

2

**SO ORDERED.**

Date: 10/1/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only