UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL W. MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00336-JPH-MKK |
| INDIANA DEPARTMENT OF CORRECTION, | ) ) ) ) ) |
| Defendant. | ) |

**ORDER**

Michael Morgan's motion for clarification regarding collection of the filing fee, dkt. [36], is **granted** insofar as Mr. Morgan's outstanding balance as of this date is $270.70. The **clerk is directed** to include a copy of the public docket sheet with this order. The motion is **denied** insofar as it seeks information about the effect of multiple cases on his monthly payments. The collection order, dkt. 33, speaks for itself.

**SO ORDERED.**

Date: 10/23/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only