UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL W. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00336-JPH-MKK |
| ) | |
| INDIANA DEPARTMENT OF ) | |
| CORRECTION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court has twice dismissed this action because Michael Morgan failed to file an amended complaint. The Court most recently re-closed the case after warning that no further extensions would be offered and Mr. Morgan failed to file an amended complaint by the April 25, 2025 deadline. Dkt. 59. The case is now before the Court because Mr. Morgan has filed an amended complaint and a string of related motions.

Mr. Morgan's motion for leave to file documents, dkt. [63], is **granted** insofar as his submissions have been docketed and **denied** in all other respects. His motion for Court assistance, dkt. [68], is **granted** insofar as the Court has issued him a copy of the docket sheet as requested.

Mr. Morgan's motions to proceed under a different case number, to expedite screening of the amended complaint, and to take judicial notice of certain facts, dkts. [60], [61], and [62], are **denied as moot** because this action is closed and will not proceed at all.

1

Mr. Morgan's motion to seal the record, dkt. [65], is **denied** insofar as it asks the Court to restrict access to every document filed in this case. It is **granted** insofar as the **clerk is directed** to maintain the filings at dkts. [62], [62-1], [65], and [66] with access restricted to case participants. These documents contain sensitive information and, in any event, should not have been filed in this closed case. The **clerk is directed** to remove any access restrictions to Mr. Morgan's notice that he wishes to proceed under a pseudonym, dkt. [67], which does not contain any information warranting such restrictions.

This action will remain closed.

**SO ORDERED.**

Date: 6/10/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362