UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL W. MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>INDIANA DEPARTMENT OF CORRECTION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 2:24-cv-00336-JPH-MKK<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court closed this action because Michael Morgan failed to file an amended complaint by April 25, 2025, a deadline the Court warned would not be extended. Dkts. 55, 59. Mr. Morgan has filed a motion asking the Court to provide him with complete copies of the documents he filed on May 13, 2025, so he can prove that his mail was tampered with and "arm this Court with sufficient facts, evidence, & law to, again, re-open this case." Dkt. 75 at 3.

Mr. Morgan's motion, dkt. [75], is **DENIED**. Mr. Morgan's filings on May 13 include an amended complaint dated May 7, 2025, well after the April 25 deadline. Dkt. 66. This case will not be reopened.

Mr. Morgan's filings on May 13 total 59 pages. The **clerk is directed** to include a copy of the public docket sheet and a copy request form with Mr. Morgan's copy of this Oder. If Mr. Morgan requires copies of his filings for his own records, he may purchase them.

**SO ORDERED.**

Date: 9/26/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362